# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NEIL GILMOUR, III, *as trustee for the* GRANTOR TRUSTS, *et al.*, § § § | |
| Plaintiffs, § | |
| § | ACTION NO. 4:19-CV-160 |
| v. § | JUDGE MAZZANT/JUDGE JOHNSON |
| § § | |
| BLUE CROSS AND BLUE SHIELD OF § ALABAMA, *et al.*, § § | |
| Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 16, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #229) that Plaintiffs Neil Gilmour, acting as Trustee for the Grantor Trusts of Victory Medical Center Craig Ranch, LP, Victory Medical Center Landmark, LP, Victory Medical Center Mid-Cities, LP, Victory Medical Center Plano, LP, Victory Medical Center Southcross, LP, Victory Medical Center Beaumont, LP, Victory Parent Company, LLC, and Victory Surgical Hospital East Houston, LP's (collectively, "Plaintiffs") Notice of Dismissal with Prejudice as to Defendant Lifetime Healthcare, Inc. d/b/a Excellus Blue Cross Blue Shield (the "Notice") (Dkt. #228) be **GRANTED**.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and

conclusions of the Court. Therefore, the Notice (Dkt. #211) is **GRANTED**. Plaintiffs' claims against Defendant Lifetime Healthcare, Inc. d/b/a Excellus Blue Cross Blue Shield are hereby **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.

    **SIGNED** this 3rd day of June, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE